Matter of Kwai Hwa Yang v Governor's Off. of Storm Recovery (2025 NY Slip Op 00390)

Matter of Kwai Hwa Yang v Governor's Off. of Storm Recovery

2025 NY Slip Op 00390

Decided on January 23, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 23, 2025

Before: Manzanet-Daniels, J.P., Kapnick, Shulman, Higgitt, Michael, JJ. 

Index No. 160090/20 Appeal No. 3563 Case No. 2024-02806 

[*1]In the Matter of Kwai Hwa Yang, Petitioner-Respondent,
v
Governor's Office of Storm Recovery, et al., Respondents-Appellants.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Arlene P. Bluth, J.), entered on or about April 23, 2024,
And said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated January 02, 2025,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: January 23, 2025